IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00345-GCM

| | |
|---|---|
| ANTOINE SCOTT,<br><br>**Plaintiff,**<br><br>v.<br><br>MERCEDES-BENZ FINANCIAL SERVICES USA LLC,<br><br>**Defendant.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Stephen J. Bumgarner (Doc. No. 4).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Bumgarner is admitted to appear before this court *pro hac vice* on behalf of Defendant Mercedes-Benz Financial Services USA LLC.

**IT IS SO ORDERED**.

Signed: August 19, 2022

Graham C. Mullen
United States District Judge