IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ANTOINE SCOTT, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) CIVIL ACTION NO. 3:22-cv-00345 |
| MERCEDES-BENZ FINANCIAL SERVICES USA LLC, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

**COMES NOW** the Defendant/Counterclaim Plaintiff Mercedes-Benz Financial Services USA LLC ("MBFS") and hereby requests that the Court, pursuant to Rule 55(b)(2), Fed. R. Civ. P, enter a default judgment against Plaintiff/Counterclaim Defendant Antoine Scott on the Counterclaim filed by MBFS. In support of the requested relief, MBFS respectfully offers the following:

1. On August 5, 2022, MBFS filed its Counterclaim (Doc. 3) against Plaintiff/Counterclaim Defendant Antoine Scott ("Scott").

2. After the time to serve responsive pleading had passed, MBFS filed a Motion requesting that the Clerk of Court, pursuant to Rule 55(a), Fed. R. Civ. P., enter Scott's default due his failure to plead or otherwise defend the Counterclaim.

{06847525.1}   1

(Doc. 6). MBFS submitted a Brief in support of its Motion for Entry of Default by the Clerk. (Doc. 6-1).

3. On October 13, 2022, an Entry of Default was entered by the Clerk of Court against Scott. (Doc. 7).

4. In accordance with Local Civil Rule 7.1(c), a Brief is being filed contemporaneously with this Motion.

**WHEREFORE**, based on the foregoing, Counterclaim Plaintiff Mercedes-Benz Financial Services USA LLC requests that the Court enter a default judgment against Counterclaim Defendant Antoine Scott providing the following relief:

(a) First Counterclaim – Breach of Contract: Enter judgment awarding MBFS damages in the amount of $12,823.70, plus pre-judgment and post-judgment interest, and $1,920.00 in attorney's fees and $402.00 for the filing fee;

(b) Second Counterclaim – Violation of the Fair Credit Reporting Act: Enter judgment awarding MBFS attorney's fees totaling $8,768.00, plus $443.69 for expenses, in accordance with 15 U.S.C. §§ 1681n, 1681o;

(c) Third Counterclaim – Fraud: Enter judgment awarding MBFS $500.00 in compensatory damages and punitive damages in an amount to be determined by the Court; and

(d) MBFS requests that the Court award such other and further relief as the Court deems just and proper.

/s/Stephen J. Bumgarner
Josh B. Baker
jbaker@maynardcooper.com
State Bar No.: 43390
Stephen J. Bumgarner
*Pro Hac Vice* Admission
Maynard Nexsen PC
1901 6th Avenue North
Suite 1700
Birmingham, AL 35203
(205) 254-1000
Fax: (205) 254-1999
Attorneys for Defendant/Counterclaim Plaintiff
Mercedes-Benz Financial Services USA LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing same to their address through first-class, United States mail, postage prepaid, on this the 10th day of September, 2023:

Antoine Scott
4509 Morgan Street
Charlotte, NC 28208

/s/ Stephen J. Bumgarner
OF COUNSEL