**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:22-CV-00345-GCM**

**ANTOINE SCOTT,**

        **Plaintiff,**

  **v.**                                      **ORDER**

**MERCEDES-BENZ FINANCIAL**
**SERVICES USA LLC,**

        **Defendant.**

This matter is before the Court upon Defendant's Motion for Summary Judgment, filed December 8, 2023. On January 2, 2024, the Court entered a *Roseboro* Order directing the Plaintiff to file a response to the Defendant's motion by January 16. Plaintiff has failed to respond.

For the reasons stated in Defendant's Brief in Support of Motion for Summary Judgment (Doc. No. 11-1), the Court finds that there is no genuine issue of material fact and summary judgment in favor of the Defendant is proper. Accordingly,

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment (Doc. No. 11) is hereby GRANTED.

Signed: January 17, 2024

Graham C. Mullen
United States District Judge